IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BERNARDO LEE TIGNOR,             )
                                 )
        Petitioner,              )
                                 )
vs.                              )   CASE NO. 3:12-cv-606-WHA
                                 )
UNITED STATES OF AMERICA,        )                (WO)
                                 )
        Respondent.              )

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner, Bernardo Lee Tignor, and this case is DISMISSED with prejudice.

DONE this 29th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE